BENJAMIN B. WAGNER
United States Attorney
BENJAMIN E. HALL (SBN 219924)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN D. HORNE, LAURA R. HORNE, and RAISIN VALLEY FARMS MARKETING LLC, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF AGRICULTURE; TOM VILSACK, Secretary of the United States Department of Agriculture (in his official capacity), <br><br> Defendants. | 1:09-cv-01790-OWW-SKO <br><br> **ORDER REGARDING CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This matter came before the Court on January 31, 2011, for hearing on the parties' cross-motions for summary judgment (Docs. 14, 15). Brian C. Leighton, Esq., appeared on behalf of Plaintiffs, Marvin D. Horne, Laura R. Horne, and Raisin Valley Farms Marketing LLC. Benjamin E. Hall, Assistant United States Attorney, appeared on behalf of Defendants, United States Department of Agriculture and Tom Vilsack, Secretary. The matter was argued and submitted, and on February 7, 2011, the Court

issued its Memorandum Decision Regarding Cross-Motions for Summary Judgment (Doc. 20).  For the reasons stated in the Court's Memorandum Decision,

   IT IS HEREBY ORDERED as follows:

   1.   Plaintiffs' motion for summary judgment is DENIED.
   2.   Defendants' motion for summary judgment is GRANTED.
   3.   The clerk is directed to enter judgment in favor of Defendants.

**IT IS SO ORDERED.**

Dated: February 16, 2011           /s/ OLIVER W. WANGER
                                   UNITED STATES DISTRICT JUDGE